STATE OF MINNESOTA

IN SUPREME COURT

A15-1641



December 8, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Charles Mayer Goldstein, a Minnesota Attorney,
Registration No. 0187768.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Charles Mayer Goldstein committed professional misconduct warranting public discipline—namely, failing to maintain required trust account books and records, resulting in shortages in his trust account; permitting a non-lawyer staff to use his signature stamp on trust account checks; and making ambiguous statements during a court hearing, thereby delaying the resolution of a motion. *See* Minn. R. Prof. Conduct 1.15(a), 1.15(c)(3), 1.15(j), 8.4(d).

Respondent waives his procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and unconditionally admits the allegations in the petition. The parties jointly recommend that the appropriate discipline is a public reprimand and 2 years of probation.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1.      Respondent Charles Mayer Goldstein is publicly reprimanded.

2.      Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

3.      Respondent shall be placed on probation for a period of 2 years, subject to the following conditions:

(a)     Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent shall promptly respond to the Director's correspondence by its due date. Respondent shall provide the Director with a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify respondent's compliance with the terms of this probation;

(b)     Respondent shall abide by the Minnesota Rules of Professional Conduct; and

(c)     Respondent has stated that he is not presently engaged in the practice of law. If respondent resumes the practice of law, he shall maintain law office and trust account books and records in compliance with Minn. R. Prof. Conduct 1.15 and Appendix 1 to the Rules. These books and records include the following: client subsidiary ledger, checkbook register, monthly trial balances, monthly trust account reconciliation, bank statements, cancelled checks, duplicate deposit slips and bank reports of interest, service charges, and interest payments to the Minnesota IOLTA Program. Such books and records shall be made available to the Director within 30 days from the date respondent resumes practicing law and thereafter shall be made available to the Director at such intervals as he deems necessary to determine compliance.

Dated: December 8, 2015                    BY THE COURT:

David R. Stras
Associate Justice

2